CROTTY, J

PREET BHARARA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2777
Fax: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
NAFISSATOU DIALLO,                                          :
                                                            :   STIPULATION WITHDRAWING
                        Plaintiff,                          :   SUBPOENA DUCES TECUM
                                                            :
        v.                                                  :   12 Civ. 6540 (PAC)
                                                            :
DOMINIQUE STRAUSS-KAHN                                      :   Index No. 307065/11
                                                            :   (Supreme Court of the State
                        Defendant.                          :   of New York, County of Bronx)
                                                            :
------------------------------------------------------------x

        WHEREAS, on July 19, 2012, plaintiff Nafissatou Diallo ("Diallo") obtained a subpoena duces tecum, so ordered by the Honorable Douglas E. McKeon, J.S.C., in the Supreme Court of the State of New York, County of Bronx (the "State Court Subpoena"), in a civil action brought by Diallo against Dominique Strauss-Kahn ("Strauss-Kahn"), commanding the production of the records from the United States Immigration and Customs Enforcement ("ICE" or the "Government")); and

        WHEREAS, on August 27, 2012, the Government removed the July 19, 2012, subpoena matter to this Court; and

WHEREAS, on August 28, 2012, Diallo submitted a request to ICE for the same records that are the subject of the July 19, 2012, subpoena, pursuant to the ICE *Touhy* regulations. *See United States ex rel Touhy v. Ragen*, 340 U.S. 462 (1951); 6 C.F.R. §5.43 *et seq.*; and

WHEREAS, on October 5, 2012, the Government provided Diallo with all the records requested in her *Touhy* request and by the July 19, 2012, subpoena;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Diallo and the Government, by their respective counsel, as follows:

1. Diallo hereby withdraws the subpoena duces tecum, dated July 19, 2012, and issued by the Supreme Court of the State of New York, County of Bronx.

2. The above-captioned subpoena matter in this Court is dismissed with prejudice, and without costs or attorneys' fees to either Diallo or the Government.

3. Diallo and the Government agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements or negotiations, oral or otherwise, between Diallo and ICE, or their counsel, that are not included within this stipulation shall be of any force or effect.

4.) The Clerk of Court is directed to close this case.

Dated: October 19, 2012
New York, New York

CONSENTED TO:

THOMPSON WIGDOR LLC
*Attorneys for the Plaintiff*

By: [signature]

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for ICE

By: [signature]

[signature] 10-22-12
USDJ

| | |
|---|---|
| Kenneth Thompson, Esq. | Emily E. Daughtry |
| 85 Fifth Ave. | Assistant United States Attorney |
| New York, NY 10003 | 86 Chambers Street, 3rd Floor |
| Tel: (212) 257-6800 | New York, New York 10007 |
| | Tel.: (212) 637-2777 |
| | Fax: (212) 637-2717 |

**SO ORDERED**

See page 2
_____
United States District Judge